IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

MARY L. KRUEGER,

    Plaintiff,

v.

WISCONSIN DEPARTMENT OF
CORRECTIONS, et al.

    Defendants.

ORDER

Case No. 16-cv-782-bbc

Plaintiff Mary L. Krueger had a deadline of March 1, 2017 to submit her initial partial payment of the filing fee in the amount of $2.77. On February 10, 2017, the court received a money order from plaintiff in the amount of $2.77; however, plaintiff's money order was returned to her because it was not made payable to Clerk, U.S. District Court.

Because the court has not yet received plaintiff's $2.77 initial partial payment, the court will provide plaintiff with an enlargement of time, until April 17, 2017, to pay the initial partial payment. If plaintiff does not have the full $2.77 amount in her regular account, plaintiff may ask prison officials take the remainder from her release account.

ORDER

IT IS ORDERED that plaintiff Mary L. Krueger may have until April 17, 2017, to submit a check or money order made payable to Clerk, U.S. District Court in the amount of $2.77. If by April 17, 2017, plaintiff fails to make the initial partial payment or show cause for failure to do so, plaintiff will be held to have withdrawn this action voluntarily and the

case will be closed without prejudice to plaintiff filing at a later date.

Entered this 29th day of March, 2017

BY THE COURT:

/s/
PETER OPPENEER
Magistrate Judge